## Case No. 11,911.

### ROBERTS v. REINTZELL.

[2 Cranch, C. C. 235.] [1]

Circuit Court, District of Columbia. April Term, 1821.

COSTS—SECURITY FOR — NONRESIDENCE OF PLAINTIFF—REMOVAL.

If the plaintiff reside out of the District, and the person for whose use the suit is entered upon the docket remove from the District,

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

the court will order the plaintiff to give security for costs.

[Cited in Miller's Adm'r v. Norfolk & W. R. Co., 47 Fed. 266.]

When this suit was brought [by Roberts] for the use of Quantrill, he resided in this District, but having afterwards removed from the District, and plaintiff being a nonresident.

Mr. Key, for defendant, moved the court for a rule on the plaintiff to give security for the costs.

Mr. Jones, for plaintiff, objected.

But THE COURT granted the rule.